CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 13 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America <br> v. <br> Michael Alexander Brown <br><br> Defendant(s) | ) ) ) ) Case No. 7/19MJ145 ) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 10, 2019  in the county of  Franklin  in the
 Western  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
* See Attachment *

☑ Continued on the attached sheet.

_____
Complainant's signature

Clifford Eaton, SDUSM
Printed name and title

Sworn to before me and signed in my presence.

Date: November 13, 2019

_____
Judge's signature

City and state: Roanoke, Virginia

Robert Ballou, USMJ
Printed name and title

# Affidavit in Support of Criminal Complaint

Affiant hereby swears and deposes the following:

    Affiant is a Supervisory Deputy U.S. Marshal in the Western District of Virginia and is therefore authorized by statute to apply for federal arrest warrants.

    On November 9, 2019, Mr. Michael Alexander Brown committed a homicide in Franklin County, Virginia, located in the Western District of Virginia. Subsequent to which, warrants for arrest were issued in Franklin County, Virginia and the Franklin County Sheriff's Office requested the United States Marshals Service to adopt the fugitive investigation for apprehension purposes under the violent crimes initiative and federal task force involvement mandated by Congress. The case was adopted and an investigation undertaken.

    On November 10, 2019, an interview with the mother of the fugitive, Vanessa Hanson, and witness to the crime, identified her son, Michael Alexander Brown as the suspect, as well as the vehicle in which he fled, via photographs obtained from a gas station just prior to the offense.

    On November 12, 2019, said vehicle, in which the fugitive fled, was located in Clarendon County, South Carolina, thus denoting that the fugitive had left the Western District of Virginia and fled in interstate commerce since the commission of the crime.

    Information was received by your Affiant from members of the Franklin County Sheriff's Office and (A) Chief Deputy U.S. Marshal Matthew S. Davis, a credible law enforcement officer.

    Based upon the aforementioned information, your Affiant believes probable cause exists for the issuance of a warrant under Title 18 United States Code 1073, Unlawful Flight to Avoid Prosecution, in that the target of the investigation is wanted on felony warrants in Franklin County, Virginia, and has fled to South Carolina, engaging in foreign or interstate commerce, to avoid prosecution in the aforementioned case. Additionally, the suspect is an active duty Marine who has absented himself from his unit, organization, and place of duty at Camp Lejeune, North Carolina, without authority and has demonstrated his intent to remain away therefrom permanently, constituting the offense of Desertion in violation of 10 United States Code 886, also known as Article 85 of the Uniform Code of Military Justice, a federal offense punishable by imprisonment for greater than one year.

_____       11/13/2019
Clifford Eaton       Date
Supervisory Deputy U.S. Marshal

Sworn to before me
on November 13, 2019
in Roanoke, VA

Robert S. Ballou, USMJ