IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL ALEXANDER BROWN )<br>) | Case No. 7:19-mj-00145-RSB |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Deborah Caldwell-Bono, counsel for Michael Alexander Brown, and notes her appearance as attorney of record for Michael Alexander Brown and respectfully requests that she be notified immediately upon the defendant's apprehension.

Michael Alexander Brown, by counsel, further gives Notice that he is invoking his rights under the 5th and 6th Amendments of the United States Constitution and hereby specifically requests no interrogation of Michael Alexander Brown by any law enforcement office and/or agency specifically including, but not limited to, federal, state and/or local law enforcement officers and/or prosecutors and/or their agents.

Michael Alexander Brown hereby specifically invokes his 5th Amendment right to remain silent and his 6th Amendment right to counsel.

Respectfully Submitted,

By: /s/ Deborah S. Caldwell-Bono

Deborah S. Caldwell-Bono
Attorney at Law
Bar Number 20554
302 Washington Ave SW
Roanoke, VA 24016
(540) 345-9082
(540) 344-6039 (fax)
dcaldwellb@aol.com
Counsel for Defendant

1

## CERTIFICATE OF SERVICE

I hereby certify that this 18th day of November 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record.

                                                  s/ Deborah Caldwell-Bono
                                                  Deborah Caldwell-Bono
                                                  Attorney at Law
                                                  Bar Number 20554
                                                  302 Washington Ave SW
                                                  Roanoke, VA 24016
                                                  (540) 345-9082
                                                  (540) 344-6039 (fax)
                                                  dcaldwellb@aol.com
                                                  Counsel for Defendant